**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BRETT KENDALL FRY**<br>Petitioner,<br>v.<br>**DANIELA VIKTOROVNA FRY**<br>Respondent. | **CIVIL ACTION**<br>**No. 26-cv-3469-KSM** |

**ORDER**

**AND NOW**, this 14th day of August, 2026, upon consideration of Petitioner Brett Kendall Fry's Amended Petition for Return of Minor Children Pursuant to the Hague Convention on the Civil Abduction Remedies Act ("Hague Convention") and the International Child Abduction Remedies Act ("ICARA") (Doc. No. 11), it is **ORDERED** as follows:

1. Based on the Court's findings in the accompanying memorandum, the habitual residence of the children, E.G.B.G. and D.A.B.F. is the United States and Petitioner's Amended Verified Petition (Doc. No. 11) is **DENIED;**

2. Petitioner's Emergency Motion for Provisional Measures, Temporary Restraining Order, Order to Show Cause, and Expedited Hague Return Hearing is **DENIED.** (Doc. No. 3);

3. Petitioner's Motion for Reconsideration of the Court's Order Denying his Request for Leave to Testify by Contemporaneous Transmission under Fed. R. Civ. P. 43(a), Or, in the Alternative, For a Short Continuance, Appointment of Counsel, and Accommodations (Doc. No. 34) is **DENIED** as **MOOT.**

4. Petitioner's Motion for Leave to File All Exhibits Under Seal in Support of His Motion for Reconsideration (Doc. No. 35) is **DENIED as MOOT.**

5. Respondent Jacqueline DiColo, Esquire's, Motion to Withdraw as Counsel for Respondent, Daniela Viktorovna Fry (Doc. No. 40), is **DENIED** as **MOOT** and the August 17, 2026 Show Cause Hearing (Doc. No. 46) is **CANCELLED.**

6. The Court's August 28, 2026 Evidentiary Hearing to determine the minor children's habitual residence pursuant to Hague Convention and ICARA is **CANCELLED** and all corresponding deadlines are **VACATED**. (Doc. No. 27.)

7. While this Order disposes of the substantive issues raised by the Amended Petition, it does ***not*** moot Petitioner's request to seal certain documents in this action. If Petitioner still seeks to file a renewed motion to seal the Exhibits temporarily placed under seal (Doc. Nos. 5, 13, 20, 32, 42), he must still comply with the Court's Orders of August 13, 2026 and August 14, 2026 (*See* Doc. No. 45, 48) and file his renewed motion to seal with proposed redactions by **NOON** on **August 17, 2026.** Should Petitioner fail to do so, the documents listed above will be ordered unsealed and placed on the public docket in this action.

8. The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

______________________________

KAREN SPENCER MARSTON, J.