**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BRETT KENDALL FRY.,**<br><br>Petitioner<br><br>*v.*<br><br>**DANIELLA VIKTOROVNA FRY,**<br><br>Respondent | **CIVIL ACTION**<br><br>**NO. 26-cv-3469-KSM** |

**ORDER**

**AND NOW**, this 27th day of August, 2026, upon consideration of Petitioner Brett Kendall Fry's "Renewed Motion for Limited Sealing of Specific Unredacted Fields and for Acceptance of Proposed Public Redacted Copies" (Doc. No. 55) and following an in camera review of the documents by the Court, it is **ORDERED** that the motion to seal is **GRANTED IN PART** and **DENIED IN PART**. Appendix A provides Petitioner with the document-by-document description of the Court's rulings as to each exhibit or document.

It is **FURTHER ORDERED** that Petitioner must submit to the Court redacted copies of the documents and exhibits that the Court permits him to seal no later than **September 2, 2026.** The Clerk of Court is **DIRECTED** to unseal all documents and exhibits on the docket on **September 3, 2026** after Petitioner's redacted copies have been docketed.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.

# APPENDIX A

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
| --- | --- | --- | --- |
| A – Army FAP Memorandum | ECF No. 42-4 | First and last names of military personnel referenced in the email may be redacted to protect the privacy of third-party non-litigants<br><br>Denied as to references to Petitioner's grandfather, who is deceased. | **DENIED** to the extent that Petitioner redacts reference to his grandfather's illness.<br><br>Otherwise, **GRANTED.** |
| Exhibit B – Contemporaneous May 20 Objection Email | ECF No. 42-5 | First and last names of military personnel referenced in the email may be redacted to protect the privacy of third-party non-litigants. | **GRANTED.** |
| Exhibit C – Texas Vehicle Title and DMV Replacement-Title Receipt | ECF No. 42-6 | Vehicle identification number and title information may be redacted to protect Petitioner's identity. Incidental to substantive issues in case. | **DENIED** to the extent that Petitioner redacts his address (Doc. No. 55 at 50)<br><br>Otherwise, **GRANTED.** |
| Exhibit D – May 19 Questions in Advance Email to Petitioner's Domestic Abuse Victim Advocate | ECF No. 42-7 | First and last names of military personnel referenced in the email may be redacted to protect the privacy of third-party non-litigants. | **DENIED** to the extent that Petitioner redacts his email.<br><br>Otherwise, **GRANTED.** |
| Exhibit E – May 20 Temporary-Lodging Email | ECF No. 42-8 | First and last names of military personnel referenced in the email may be redacted to protect the privacy of third-party non-litigants. | **DENIED** to the extent that Petitioner redacts his email address and the time stamps from the email. (Doc. No. 55 at 64).<br><br>Otherwise, **GRANTED.** |

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
|---|---|---|---|
| | | | |
| Exhibit F – DoDEA School and Accelerated Withdrawal Email Chain | ECF No. 42-9 | Personally identifying information about third-party non-litigants, including children and school administrators may be redacted. | **GRANTED.** |
| Exhibit G – DISA Europe/Germany Employment Communications (January-May 2025) | ECF No. 42-10 | First and last names of military personnel and contact information referenced in the emails may be redacted to protect the privacy of third-party non-litigants. | **DENIED** to the extent that Petitioner redacts his own email and mentions of his name throughout the emails.<br><br>Otherwise, **GRANTED.** |
| Exhibit H1 – Navy Naples Referral Record | ECF No. 42-11 at 3–4 | First and last names of military personnel and contact information referenced in the emails may be redacted to protect the privacy of third-party non-litigants.<br><br>However, publicly available civilian job postings and their related information may not be redacted. | **DENIED** to the extent that Petitioner seeks to redact the publicly available job title, location, and his own email.<br><br>Otherwise, **GRANTED.** |
| Exhibit H2 – March 4-5 Interview Scheduling and Confirmation | ECF No. 42-11 at 5–9 | First and last names of military personnel and contact information referenced in the emails may be redacted to protect the privacy of third-party non-litigants.<br><br>However, publicly available civilian job postings and their related information may not be redacted. | **DENIED** to the extent that Petitioner seeks to redact the publicly available job title, location, and his own email.<br><br>Otherwise, **GRANTED.** |

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
|---|---|---|---|
| Exhibit H3 – Tentative Naples Offer and Employment Terms | ECF No. 42-11 at 10–14 | First and last names of military personnel and contact information of the individuals referenced in the emails may be redacted to protect the privacy of third-party non-litigants.<br><br>However, publicly available civilian job postings and their related information should not be redacted. | **DENIED** to the extent that Petitioner seeks to redact the publicly available job information, including salary, location, and his own email.<br><br>Otherwise, **GRANTED.** |
| Exhibit H4 – LQA Eligibility Request and Correspondence | ECF No. 42-11 at 15–16 | First and last names of military personnel and contact information of the individuals referenced in the emails may be redacted to protect the privacy of third-party non-litigants. | **DENIED** to the extent that Petitioner seeks to redact his own email address**.**<br><br>Otherwise, **GRANTED.** |
| Exhibit H5 – LQA Follow-up Bearing CUI/Privacy-Sensitive Marking | ECF No. 42-11 at 17–19 | First and last names of military personnel and contact information of the individuals referenced in the emails may be redacted to protect the privacy of third-party non-litigants. | **DENIED** to the extent that Petitioner seeks to redact his own email address**.**<br><br>Otherwise, **GRANTED.** |
| Exhibit H6 – Official/Amended Naples Offer and Salary-Correction Communications | ECF No. 42-11 at 20–25 | First and last names of military personnel and contact information referenced in the emails may be redacted to protect the privacy of third-party non-litigants.<br><br>However, publicly available civilian job postings and their related information should not be redacted. | **DENIED** to the extent that Petitioner seeks to redact the publicly available job title, location, and his own email.<br><br>Otherwise, **GRANTED.** |

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
|---|---|---|---|
| | | | |
| Exhibit H7 – Additional Offer and Salary-Correction Correspondence | ECF No. 42-11 at 26–32 | First and last names of military personnel and contact information referenced in the emails may be redacted to protect the privacy of third-party non-litigants.<br><br>However, publicly available civilian job postings and their related information should not be redacted. | **DENIED** to the extent that Petitioner seeks to redact the publicly available job title, location, and his own email.<br><br>Otherwise, **GRANTED.** |
| Exhibit H8 – Onboarding-Credential Confirmation | ECF No. 42-11 at 33–34 | The information contained in this onboarding email does not implicate sensitive military information. | **DENIED** to the extent that Petitioner redacts his own email, the email of the HR Office at the Navy, his position title, series grade, and web address for his job portal.<br><br>**GRANTED** only as to the non-party HR Personnel's name. |
| Exhibit H9 – Onboarding-Status Summary | ECF No. 42-11 at 35–36 | The information contained in this job onboarding email does not contain sensitive military information. | **DENIED.** |

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
|---|---|---|---|
| Exhibit I – Army Retirement Orders and May 5, 2025 Retirement Application | ECF No. 42-12 | Petitioner's social security number is properly redacted.<br><br>His authorized transfer address and mail address upon retirement is not sensitive personal identifying information. | **DENIED** to the extent that Petitioner redacts his own addresses listed on his application for voluntary retirement.<br><br>Otherwise, **GRANTED.** |
| Exhibit J – May 15 Family-Health and Medical Stress Email | ECF No. 42-13 | Information related to Petitioner's relationship with Respondent may not be redacted.<br><br>Specific medical information may be redacted. | **DENIED** as to information related to Petitioner's relationship with Respondent**.**<br><br>Otherwise, **GRANTED.** |
| Exhibit L – TRICARE Dental Recoupment Record | ECF No. 42-15 | Petitioner's claim number, provider number and inquiry number may be redacted due to their personally identifiable information.<br><br>Petitioner's address, provided on a piece of mail that goes through USPS, may not be redacted. | **DENIED** to the extent that Petitioner redacts the address listed on this piece of mail and publicly available customer service phone number.<br><br>Otherwise, **GRANTED.** |
| Exhibit N – DD Form 2367 Overseas Housing Allowance Report | ECF No. 42-17 | Petitioner's signature and address do not violate any privacy interests. May not be redacted. | **DENIED** to the extent that Petitioner redacts his address and signature.<br><br>**Otherwise, GRANTED.** |

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
|---|---|---|---|
| Exhibit O – March 6, 2025 Army Family – Housing Assignment Memorandum | ECF No. 42-18 | Petitioner's Nevada military-assigned housing address does not violate any privacy interests.<br><br>Petitioner's social security number is appropriate for redaction. | **DENIED** to the extent that Petitioner redacts his Nevada address.<br><br>Otherwise, **GRANTED.** |
| Exhibit P – Army Lodging Guest Folio, February 18 – March 7, 2025 | ECF No. 42-19 | Petitioner's hotel reservation information is not highly sensitive information that would violate privacy interests.<br><br>He may properly redact his credit card information. | **DENIED** to the extent that Petitioner redacts his hotel reservation.<br><br>Otherwise**,** **GRANTED.** |
| Exhibit Q – Army Lodging Guest Folio, May 22 – 30, 2025 | ECF No. 42-20 | Petitioner's hotel reservation information is not highly sensitive information that would violate privacy interests. His full credit card information is not shown.<br><br>He may properly redact his credit card information. | **DENIED** to the extent that Petitioner redacts his hotel reservation.<br><br>Otherwise**,** **GRANTED.** |
| Document 22 – Respondent's Attorney Affidavit (July 24, 2026) | ECF Nos. 22, 23 | The Court finds no basis to redact or seal what Petitioner refers to as "intimate, contested, and collateral allegations". All information in this affidavit is relevant to the Court's inquiry under the Hague Convention and ICARA and does not contain personally identifiable information related to non-parties to this litigation. | **DENIED.** |

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
|---|---|---|---|
| ECF No. 20 – July 24, 2026 Letter to Chambers | ECF No. 20 | Petitioner's discomfort with disclosure of his sensitive medical condition warrants redaction.<br><br>Petitioner's addresses may not be redacted. | **Granted** as to references to Petitioner's stated medical condition.<br><br>Otherwise, **DENIED.** |
| Doc. No. 30[1]: Exhibit A: Letter German and United States Central Authority Attorney-Referral Correspondence | ECF No. 20 Exhibit A | Petitioner's interactions with the German Governmental authority about obtaining counsel is not entitled to privacy protection due to the lack of sensitive information contained herein. The third-party individuals referenced are not minors and therefore not protected by Rule 5.2. | **DENIED** |
| ECF No. 20-Exhibit C | ECF No. 20 Exhibit C | Petitioner's email with United Concordia does not contain any personally identifying information covered by Rule 5.2. | **DENIED.** |
| ECF No. 13 – AO 440 Summons and Service Copy | ECF No. 13 at 27–28 | Copy of summons and complaint are not protected by Rule 5.2. | **DENIED.** |
| ECF No. 13 – Exhibit B | ECF No. 13 at 1 | Redactions are appropriate here to remove social security number, names of children, and sensitive military address information. | **GRANTED.** |

[1] Petitioner has mislabeled this exhibit and several others in this chart since there are no exhibits attached to ECF No. 30 on the docket, as identified here by Petitioner. The exhibit referenced by Petitioner, Exhibit A, is attached as Exhibit A to ECF No. 20.

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
|---|---|---|---|
| ECF No. 13 – Exhibit H | ECF No. 13 at 29–31 | Redactions are appropriate here to remove social security, date of birth, and Government contact data. | **GRANTED.** |
| ECF No. 13 – Exhibit L-1 | ECF No. 13 at 37–42 | Redactions of Petitioner's address, email and phone number on public court documents are not appropriate for redactions. | **DENIED.** |
| Doc. No. 13 Exhibit L-2- Alternative Verified Special Appearance with PCS Exhibit | ECF No. 13 at 43–52 | Redactions are appropriate here to remove social security numbers, names of children, and sensitive military address information. | **DENIED** as to Petitioner and Respondent's addresses.<br><br>Otherwise, **GRANTED.** |
| Doc. No. 13 Exhibit O – Army Lodging Folio, February 18 – March 7, 2025 | ECF No. 13 at 32–33 | Petitioner's hotel reservation information is not highly sensitive information that would violate privacy interests. His full credit card information is not shown.<br><br>He may properly redact his credit card information. | **DENIED** to the extent that Petitioner redacts his hotel reservation.<br><br>Otherwise**,** **GRANTED.** |
| Doc. No. 13 Exhibit T-1 2017 Pennsylvania Certification of Birth | ECF No. 13 at 34–35 | Birth certificate of minor may be redacted pursuant to Rule 5.2 | **GRANTED** |
| Doc. No. 13 Exhibit T-2 – 2013 Consular Report of Birth Abroad (FS-240) | ECF No. 13 at 36 | Birth certificate of minor may be redacted pursuant to Rule 5.2 | **GRANTED.** |

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
|---|---|---|---|
| Doc. No. 30 Exhibit 7 – VA Rating-Decision Excerpts (filed version already redacted) | ECF No. 32 at 51–61 | It is not appropriate for Petitioner to fully redact his health evaluation from a physician and then summarize the findings in his own words.<br><br>Redactions may stay on the docket as they appear currently to remove Petitioner's sensitive medical information. | **GRANTED** to maintain redactions currently on the docket.<br><br>**DENIED** to the extent that Petitioner seeks to replace the document currently on the docket with further redaction and his own summary. |
| Doc. No. 30 Exhibit 14 – German APAP/INAP Prescriptions (filed version already redacted) | ECF No. 32 at 83–84 | It is not appropriate for Petitioner to fully redact his health evaluation from a physician and then summarize the findings in his own words.<br><br>Redactions may stay on the docket as they appear currently to remove Petitioner's sensitive medical information. | **GRANTED** to maintain redactions currently on the docket.<br><br>**DENIED** to the extent that Petitioner seeks to replace the document currently on the docket with further redaction and his own summary. |
| Document 30 Exhibit 11 – Army Retirement Orders and May 5 Retirement Orders | ECF No. 32 at 76–81 | Petitioner's social security number is properly redacted.<br><br>His authorized transfer address and mail address upon retirement is not sensitive personal identifying information that should be redacted. | **DENIED** to the extent that Petitioner redacts his own addresses listed on his application for voluntary retirement.<br><br>Otherwise, **GRANTED.** |
| Document 30 Exhibit 13 – Army Retirement Orders and May 5 | ECF No. 32 at 76–81 | Petitioner's social security number is properly redacted. | **DENIED** to the extent that Petitioner redacts his own addresses listed on his application |

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
|---|---|---|---|
| Retirement Application | | His authorized transfer address and mail address upon retirement is not sensitive personally identifying information that should be redacted. | for voluntary retirement.<br><br>Otherwise, **GRANTED.** |
| Document 30 Exhibit 9 – DISA Europe Germany Employment Communications (duplicate of material within Exhibit G) | ECF No. 32 at 62–64 | First and last names of military personnel and contact information referenced in the emails may be redacted to protect the privacy of third-party non-litigants. | **DENIED** to the extent that Petitioner redacts his own email and mentions of his name throughout the emails<br><br>Otherwise, **GRANTED.** |
| Document 30 Exhibit 10 – DISA Europe Germany Employment Communications | ECF No. 32 at 65–68 | First and last names of military personnel and contact information referenced in the emails may be redacted to protect the privacy of third-party non-litigants. | **DENIED** to the extent that Petitioner redacts his own email and mentions of his name throughout the emails<br><br>Otherwise, **GRANTED.** |
| Doc. No. 30 Exhibit 6 – Department of the Navy Naples, Italy Employment Records (duplicate of material within Exhibit H) | ECF No. 32 at 47–49 | First and last names of military personnel and contact information of the individuals referenced in the emails may be redacted to protect the privacy of third-party non-litigants.<br><br>However, publicly available civilian job postings and their related information should not be redacted. | **DENIED** to the extent that Petitioner seeks to redact the publicly available job information, including salary, location, and his own email.<br><br>Otherwise, **GRANTED.** |
| Document 22-1 SOFA | ECF No. 22-1 | N/A | **DENIED.** |

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
|---|---|---|---|
| Identification Card[2] | | | |
| Document 22-4 Military No-Contact Orders, DA Forms 4856, and DD Form 2873/MPO Records | ECF No. 22-4 | N/A | **DENIED.** |
| Doc No. 23 – Respondent's Attorney Affidavit (separately docketed duplicate of Doc No. 22) | ECF No. 23 | N/A | **DENIED.** |
| Doc. No. 23-1 SOFA Identification Card (separately docketed supplicate of 22-1) | ECF No. 23-1 | N/A | **DENIED.** |
| Doc. No. 23-4 Military No Contact and Military Protective Order Records (separately docketed duplicate of Doc. | ECF No. 23-4 | N/A | **DENIED.** |

[2] Petitioner's motion to seal includes reference to the last twelve exhibits in this chart, but he did not provide the Court with copies of his proposed redactions of these documents and original, unredacted copies. As such, the Court will permit Petitioner to redact personally identifying information of himself and his children including social security numbers, the names and contact information of military personnel, and sensitive medical information consistent with the Court's corresponding Memorandum and other determinations made as to exhibits in this Order.

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
|---|---|---|---|
| 22-4) | | | |
| Doc. No. 24 – Petitioner's Response and Objection to Attorney Affidavit | ECF No. 24 | N/A | **DENIED.** |
| Doc. No. 30 Exhibit 1 – 2025 IRS Form W-2 | Doc. No. 32 at 2 | N/A | **DENIED.** |
| Doc. No. 30 Exhibit 2 – 2025 DFAS Form 1099-R | Doc. No. 32 at 7 | N/A | **DENIED.** |
| Doc. No. 30 Exhibit 3 – 2025 IRS Form 1095-C | Doc. No. 32 at 10 | N/A | **DENIED.** |
| Doc. No. 30 Exhibit 4 – Telekom German Telephone Records | Doc. No. 32 at 15 | N/A | **DENIED.** |
| Doc. No. 3- Exhibit 5 – USAA S.A. European Insurance Records | Doc. No. 32 at 32 | N/A | **DENIED.** |
| Doc. No. 30 Exhibit 12 – Army Retirement Orders Amendment 134-0001 | Doc. No. 32 at 74 | N/A | **DENIED.** |