**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BRETT KENDALL FRY.,**<br>Petitioner<br>*v.*<br>**DANIELLA VIKTOROVNA FRY,**<br>Respondent | **CIVIL ACTION**<br>**NO. 26-cv-3469-KSM** |

**ORDER**

**AND NOW**, this 1st day of October, 2026, upon consideration of Petitioner Brett Kendall Fry's "Motion for Leave to File Reconsideration Exhibits Under Seal" (Doc. No. 56 at 69) and following an in camera review of the documents by the Court, it is **ORDERED** that the motion to seal is **GRANTED IN PART** and **DENIED IN PART**. Appendix A provides Petitioner with the document-by-document description of the Court's rulings as to each exhibit.

It is **FURTHER ORDERED** that Petitioner must submit to the Court redacted copies of the exhibits that the Court permits him to seal no later than **October 9, 2026.** The Clerk of Court is **DIRECTED** to unseal all exhibits on the docket on **October 13, 2026,** after Petitioner's redacted copies have been docketed.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.

# APPENDIX A

| **Exhibit Number in Petitioner's Motion to Seal** | **ECF No. Where Document Currently Appears on the Docket** | **Explanation** | **Ruling** |
|---|---|---|---|
| Exhibit 1: Respondent's Supporting Affidavit, Dallas County, Texas | Doc. No. 57 at 7 | Redactions are appropriate here to remove names of minor children. | **DENIED** as to Respondent's address and signature.<br><br>Otherwise, **GRANTED.** |
| Exhibit 2: CWS/SATO Travel Official Government-Billed Itinerary | Doc. No. 57-1 | Respondent's flight information is not highly sensitive information that would violate privacy interests. | **DENIED.** |
| Exhibit 4: German Federal Officer of Justice Correspondence | Doc. No. 57-2 | This correspondence does not contain highly sensitive information that would violate privacy interests. | **DENIED.** |
| Exhibit 11: German Rental Contract | Doc. No. 57-3 | Petitioner's name and military mailing address does not violate any privacy interests. | **DENIED** as to Petitioner's name and address.<br><br>Otherwise, **GRANTED.** |
| Exhibit 12: Department of the Army, USAG Stuggart Housing Division | Doc. No. 57-4 | Petitioner's Nevada military-assigned housing address does not violate any privacy interests.<br><br>Petitioner's social security number is appropriate for redaction. | **DENIED** to the extent that Petitioner redacts his Nevada address.<br><br>Otherwise, **GRANTED.** |
| Exhibit 13A: Seagull Legal Services, Inc. Paid Invoice | Doc. No. 57-6 at 2 | Petitioner's address, name of process server, and service tracking details does not violate any privacy interests. | **DENIED.** |

| | | | |
|---|---|---|---|
| Exhibit 13C: Petitioner's June 12, 2026 Email to Seagull Legal Services Retaining a Process Server | Doc. No. 57-6 at 10 | Petitioner's address and service tracking details does not violate any privacy interests. | **DENIED.** |
| Exhibit 14: Department of the Navy Naples, Italy Employment Record<br><br>Including Exhibits 14A-14I | Doc. No. 57-7 | First and last names of military personnel and contact information of the individuals referenced in the emails may be redacted to protect the privacy of third-party non-litigants.<br><br>However, publicly available civilian job postings and their related information should not be redacted. | **DENIED** to the extent that Petitioner seeks to redact the publicly available job information, including salary, location, and his own email.<br><br>Otherwise, **GRANTED.** |
| Exhibit 15: Army PCS Order History<br><br>Including Exhibits 15A-15C | Doc. No. 57-8 | Names of minor children are appropriate for redaction. | **DENIED** as to the extent that Petitioner seeks to redact addresses.<br><br>Otherwise, **GRANTED.** |
| Exhibit 16: Army Retirement Orders and May 5, 2025 Retirement Application | Doc. No. 57-9 | Petitioner's social security number is properly redacted.<br><br>His authorized transfer address and mail address upon retirement is not sensitive personal identifying information that should be redacted. | **DENIED** to the extent that Petitioner redacts his own addresses listed on his application for voluntary retirement.<br><br>Otherwise, **GRANTED.** |

| | | | |
|---|---|---|---|
| Exhibit 16-A: DA Form 2239 | Doc. No. 57-10 | Petitioner's social security number is properly redacted.<br><br>His authorized transfer address and mail address upon retirement is not sensitive personally identifying information that should be redacted. | **DENIED** to the extent that Petitioner redacts his own addresses listed on his application for voluntary retirement.<br><br>Otherwise, **GRANTED.** |
| Exhibit 17: Petitioner's Email to AFRICOM Command | Doc. No. 57-11, 57-12 | First and last names of military personnel and contact information referenced in the emails may be redacted to protect the privacy of third-party non-litigants. | **GRANTED.** |
| Exhibit 19: TRICARE Overseas Program Authorizations for Care with German Providers | Doc. No. 57-13 | Personally identifiable information such as names and social security numbers of minor children and their sensitive health information may be redacted. | **GRANTED.** |
| Exhibit 28: Respondent's Texas Motion for Continuance and Motion to Abate, with Attached Exhibit A | Doc. No. 57-14 | Personally identifiable information such as names and social security numbers of minor children may be redacted. | **GRANTED** as to personally identifiable information minor children.<br><br>Otherwise, **DENIED** as to Petitioner and Respondent's Addresses. |
| Exhibit 29: Gmail Thread, "Victim Advocacy Forms" | Doc. No. 57-15 | Personal contact information referenced in the emails may be redacted to protect the privacy of third-party non-litigants. | **GRANTED.** |

| | | | |
|---|---|---|---|
| Exhibit 32: Email, Polizeihauptkommissar Sebastian Koch, Polizeiposten Rutesheim, to Petitioner, 'Hausliche Gewalt Familie Fry am 09.01.2025' (Feb. 6, 2025) | Doc. No. 57-16 | Personal contact information referenced in the emails may be redacted to protect the privacy of third-party non-litigants. | **GRANTED.** |
| Exhibit 37: Petitioner's June 1, 2025 Email to his Chain of Command, "Active Child Abduction Investigation" | Doc. No. 57-17 | Personal contact information referenced in the emails may be redacted to protect the privacy of third-party non-litigants. | **GRANTED.** |
| Exhibit 38: NCMEC Case FA-2053020 Correspondence | Doc. No. 57-18 | Personally identifiable information such as names and social security numbers of minor children and their may be redacted. | **GRANTED.** |
| Exhibit 39: Declarations of Matthew M. Skender | Doc. No. 57-19 | Personal contact information such as a third-party non-litigants home address may be redacted to protect the privacy of third-party non-litigants. | **GRANTED.** |
| Exhibit 41: Email, SGM Richard "Casey" Whipps, USARMY AFRICOM ACJ5, to Petitioner, Re: Written Agreement Requirement to Relocate the Children (Aug 17, 2026) | Doc. No. 57-20 | Personal contact information referenced in the emails may be redacted to protect the privacy of third-party non-litigants. | **GRANTED.** |
| Exhibit 44: Affidavit of John E. Bischoff, III | Doc. No. 57-21 | Personally identifiable information such as names and social security numbers of minor children may be redacted. | **GRANTED.** |